### No. 1101.

### HENRY HAAS vs. R. & E. HAAS ET AL.

A fraudulent and injurious conveyance under cover of judicial proceedings will be revoked, where it is the result of collusive machinations between creditor and debtor, designed to give to the former an undue preference to the injury of other creditors, and the property which is their common pledge is sacrificed.

Transactions which the law mercilessly reprobates and brands will not be permitted to be successfully shielded under the deceptive garb of apparently regular and sanctified judicial proceedings.

A money judgment in favor of such creditor will not be annulled, where the claim is a real one, but in so far as it maintains the attachment, it will be altered by disallowing the same and privileges thereby obtained.

APPEAL from the Third District Court, Parish of Union. *Graham*, J.

J. A. *Ramsey* for Plaintiff and Appellee.

*Young & Holbert, M. Feazel* and *A. Barksdale* for Defendants and Appellants.

The opinion of the Court was delivered by BERMUDEZ, C. J.

### No. 1073.

### JOHN C. STANSEL vs. CLAY ROBERTS.

The appellate court will not review a judgment sustaining exceptions, whereby part of the demand is stricken out, where the appeal is taken by the defendant merely from the judgment on the merits, and the plaintiff and appellee, answering the appeal, simply prays for the affirmance of the judgment.

Where a lessee binds himself, for the consideration of rent, to give to the landlord a certain quantity of cotton, and fails to do so, the landlord can be allowed the value of the cotton instead of the product itself.

APPEAL from the Fifth District Court, Parish of Richland. *Richardson*, J.

T. O. *Benton* and E. C. *Montgomery* for Plaintiff and Appellee.

*Wells & Williams* for Defendant and Appellant.

The opinion of the Court was delivered by BERMUDEZ, C. J.